IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.          **MOTION GRANTED**    No. 05-20155-MI

TIMOTHY MOORE,
    Defendant.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
8/3/05
DATE

## MOTION FOR DETERMINATION OF COMPETENCY TO STAND TRIAL

COMES NOW Defendant Timothy Moore, through his attorney of record Juni S. Ganguli, and respectfully moves this Honorable Court for an examination to determine his competency to stand trial. This request is made pursuant to 18 U.S.C. §4241(a). In support thereof, counsel would show the following:

1. Mr. Moore is currently in state custody. He is housed at the Shelby County Jail at 201 Poplar Avenue, Memphis, Tennessee.

2. He has been unable to assist counsel in his defense heretofore.

3. Counsel has recently learned that Mr. Moore has received mental health treatment previously.

4. Attorney for the United States of America, Katrina Earley, has no objection to this request.

WHEREFORE PREMISES CONSIDERED, Mr. Moore respectfully requests that the Court order an examination to determine his competency to stand trial.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-4-05

Respectfully submitted,

_____
Juni S. Ganguli (TN 018659)
Attorney for Defendant
40 South Main Street, Suite 1540
Memphis, TN 38103
(901) 544-9339


## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing document has been forwarded to the Office of the United States Attorney, 167 North Main Street, Memphis, Tennessee 38103 on the 2nd day of August, 2005.

_____
Juni S. Ganguli

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20155 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT