

## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
#### WESTERN DIVISION

FILED BY _____ D.C.

2005 AUG 22  PM 12: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA,**
Plaintiff.

VS.

**TIMOTHY MOORE,**
Defendant.

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

NO: 05-20155-MI

23. 2005
DATE

FILED BY _____ D.C.

05 AUG 23 PM 3: 17

## MOTION TO CONTINUE REPORT DATE

COMES NOW Defendant, by and through his attorney of record Juni S. Ganguli, and respectfully moves this Honorable Court to continue the report date in this matter for ninety days. The report date is currently set for August 26, 2005. In support thereof, Defendant would show the following:

1.   Counsel for Mr. Moore filed a Motion to Determine Competency to Stand Trial on August 2, 2005.

2.   On August 3, 2005, the Court granted the motion.

3.   Mr. Moore is therefore scheduled to be evaluated. Counsel expects that the evaluation to require ninety days to be completed.

4.   Counsel for the United States of America, Katrina Earley, is aware of this request and has no objection to it.

**WHEREFORE, PREMISES CONSIDERED,** Defendant requests that this Honorable Court continue this case to the November 2005 report date.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-24-05_


23

Respectfully submitted,

Juni S. Ganguli (TN  018659)
Attorney for Defendant
40 South Main Street, Suite 1540
Memphis, TN 38103
(901) 544-9339


## CERTIFICATE OF SERVICE

I, Juni S. Ganguli, attorney for Defendant, do hereby certify that a copy of the foregoing document has been forwarded to the United States Attorney's Office, 167 North Main Street, Memphis, Tennessee, on the 22nd day of August, 2005.

Juni S. Ganguli

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20155 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT