**U.S. Department of Justice**

Federal Bureau of Prisons

Metropolitan Correctional Center

FILED BY ____ D.C.

05 SEP 26 PM 2: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

71 W. Van Buren Street
Chicago, IL 60605

September 14, 2005

SEP 19 2005

The Honorable Judge Jon Phipps McCalla
United States District Court Judge
Western District of Tennessee
Clifford Davis Federal Building
167 North Main Street, Room 907
Memphis, TN 38103

RE: MOORE, Timothy
    Docket No.:2:05-cr-20155-JPM
    Reg. No.: 20257-076

**MOTION GRANTED**
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Sep. 26, 2005
DATE

Dear Judge McCalla:

This is in response to your court order dated August 3, 2005, which committed Mr. Moore to an examination and evaluation pursuant to Title 18, United States Code, Section 4241. Mr. Moore was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on August 15, 2005 and arrived at the institution on September 7, 2005.

The statute allows our psychology staff 30 days to complete the evaluation. Our clinical psychologist requests a 15-day extension as permitted by the statute in order to complete the testing and examination necessary to develop a history, diagnosis, and opinion. The time period for the evaluation commenced upon his arrival to MCC Chicago. It is anticipated that the evaluation will be completed by October 21, 2005. Three copies of the report will be submitted to the court within two weeks of completion of the evaluation. You can expect to receive the report by November 4, 2005, should you grant our request for extension.

If you should have any questions regarding this request, please contact Dr. John Pindelski at (312) 322-0567, Ext. 469. For any other questions, please contact me at (312) 322-0567, Ext. 500.

Sincerely,

Silas M. Irvin
Warden

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 9-26-05

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20155 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT