FILED BY _____ D.C.

05 DEC -7 PM 3:48

THOMAS M. GOULD
CLERK, US DISTRICT COURT
      W.D. OF TN, MEMPHIS

FILED ___ eas ___ D.C.

2005 DEC -2 PM 2:58

CLERK, US D_____
W/D OF T_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff.

VS.

TIMOTHY MOORE,
    Defendant.

MOTION GRANTED

/s/ Jon Phipps McCalla

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

12/7/05
DATE

NO: 05-20155-MI

## MOTION FOR SPECIAL SETTING

REPORT DATE SET: WED. 12/14/05 AT 3:30 P.M.

COMES NOW Defendant Timothy Moore, by and through his attorney of record Juni S. Ganguli, and respectfully moves this Honorable Court for a special setting for report in this case. In support thereof, counsel would show the following:

1. Mr. Moore is currently charged with a firearms offense.

2. He has been found competent to stand trial.

3. Counsel has discussed this matter with Assistant United States Attorney Katrina Earley. A superseding indictment, which will charge a significant quantity of cocaine, will be filed by the United States of America if Mr. Moore does not enter a guilty plea to the firearms offense.

4. Mr. Moore wishes to proceed to trial in this cause. This decision is contrary to counsel's advice.

This document entered on the docket sheet in compliance with Rule 55 an 1/or 32(b) FRCrP on 12-8-05

(31)

5. Counsel wishes to voir dire of Mr. Moore as to his decision to proceed to trial.

6. Assistant United States Attorney Katrina Earley has no opposition to this request.

Respectfully submitted,

_____
Juni S. Ganguli (TN  018659)
Attorney for Defendant
40 South Main Street, Suite 1540
Memphis, TN 38103
(901) 544-9339

## CERTIFICATE OF SERVICE

I, Juni S. Ganguli, attorney for Defendant, do hereby certify that a copy of the foregoing document has been forwarded to Assistant United States Attorney Katrina Earley,  Office of the United States Attorney, 167 North Main Street, Suite 800, Memphis, Tennessee, on the 2nd day of December, 2005.

_____
Juni S. Ganguli

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20155 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT